UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) | |
| CLEAN WATER ACTION, and | ) | |
| TOXICS ACTION CENTER | ) | |
| Plaintiffs, | ) | Case No. 1:13-cv-10346-JLT |
| v. | ) | |
| DOMINION ENERGY | ) | |
| BRAYTON POINT, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

**VOLUNTARY MOTION TO DISMISS**

NOW COME Plaintiffs, Conservation Law Foundation, Inc., Clean Water Action and Toxics Action Center, and voluntarily move to dismiss this case pursuant to Fed. Rules of Civil Proc. Rule 41(a)(1)(A)(i). Plaintiffs and Defendants have reached a settlement of the claims and Plaintiffs have agreed to voluntarily dismiss the case with prejudice.

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC., CLEAN WATER ACTION, and TOXICS ACTION CENTER

By Their Attorney:

  /s/  Shanna M. Cleveland
SHANNA M. CLEVELAND
(BBO # 647795)
scleveland@clf.org
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-850-1716
Fax: 617-350-4030

Dated:  October 22, 2013

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above PLAINTIFFS' VOLUNTARY MOTION TO DISMISS was served upon the attorney of record for each party by CM/ECF on October 22, 2013.

/s/Shanna M. Cleveland
Shanna M. Cleveland
(BBO #647795)